UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CELLETTE CRAWFORD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-13397** |
| **MARLIN N. GUSMAN, ET. AL.** | **SECTION "B"(4)** |

### ORDER

Considering Plaintiff Cellette Crawford's Consent Motion to Declare Motion to Dismiss Moot (Rec. Doc. 31) and Defendants Marlin Gusman and Brandon Savage's "Motion to Dismiss" (Rec. Doc. 14),

**IT IS ORDERED** that the Motion to Declare Moot (Rec. Doc. 31) is **GRANTED.** The amended complaint filed by Plaintiff on January 11, 2018, renders Defendants' Motion to Dismiss (Rec. Doc. 14) **moot**. *See Griffin v. Am. Zurich Ins. Co.*, 697 F. App'x 793, 797 (5th Cir. 2017)("Once filed, that amended complaint rendered all earlier motions, including Griffin's motion for partial summary judgment, moot.").

New Orleans, Louisiana, this 8th day of March, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE