UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CELLETTE CRAWFORD** | * | |
| | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 17-13397** |
| | * | |
| **MARLIN GUSMAN,** | * | **SECTION "B"** |
| **ORLEANS PARISH SHERIFF;** | * | **JUDGE IVAN L.R. LEMELLE** |
| **CORRECT CARE SOLUTIONS, LLC;** | * | |
| **GARY MAYNARD, OPSO COMPLIANCE** | * | **MAGISTRATE "4"** |
| **DIRECTOR; OPSO DEPUTY SAVAGE;** | * | **KAREN WELLS ROBY** |
| **DR. ANGELY AGREEN; LENA MASON;** | * | |
| **PAUL SIRAGUSA** | * | |
| **OPSO DEPS. JOHN/JANE DOES 1-5;** | * | |
| **MEDICAL STAFF MEMBERS** | * | |
| **JOHN/JANE DOES 6-10** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION TO ENROLL AS ADDITIONAL COUNSEL**

NOW INTO COURT, through undersigned counsel, come Defendants Sheriff Marlin N. Gusman, Brandon Savage, Jessica Geddies, Kenneth Goodman, Alishia Comeaux, Ronika Stewart, Kanisha Carey, and Alvin White, who respectfully requests that Laura C. Rodrigue be enrolled as additionalcounsel of record in this matter.

Respectfully submitted,

**ORLEANS PARISH SHERIFF'S OFFICE**

  /s/Blake J. Arcuri
Blake J. Arcuri (LSBN 32322)
Laura C. Rodrigue (LSBN 30428)
Freeman R. Matthews (LSBN 9050)
2800 Perdido St.
New Orleans, LA 70119
Telephone: 504.202.9404; Fax: 504.202.9454
arcurib@opso.us; rodriguela@opso.us
*Counsel for Sheriff Gusman & OPSO Defendants*

1

## **CERTIFICATE**

I hereby certify that on the 10th day of August, 2018 I have caused the foregoing to be served upon all counsel of record via the Court's CM/ECF system.

                                              _/s/Blake J. Arcuri_____
                                              Blake J. Arcuri