## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CELLETTE CRAWFORD** | * | **NO. 17-13397** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **MARLIN N. GUSMAN, ET AL** | * | |
| | * | **SECTION "B" (4)** |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ANSWER AND DEFENSES

NOW INTO COURT, through undersigned counsel come defendants, Marlin N. Gusman, the Sheriff of Orleans Parish and Deputy Savage, who answer petitioner's Complaint as follows:

### INTRODUCTION

1.

The allegations of paragraph I of the complaint are denied.

2.

The allegations of paragraph II of the complaint are denied for lack of sufficient information to justify a belief therein.

3.

The allegations of paragraph III of the complaint are denied for lack of sufficient information to justify a belief therein.

4.

The allegations of paragraph IV of the complaint are admitted only as to the status of these defendants. All other allegations are denied.

5.

The allegation of paragraph V of the complaint are not directed to these defendants and therefore require no response. To the extent a response is required, same is denied.

6.

The allegation of paragraph VI of the complaint are not directed to these defendants and therefore require no response. To the extent a response is required, same is denied.

7.

The allegations of paragraph VII of the complaint are admitted only as to the status of these defendants. All other allegations are denied.

8.

The allegation of paragraph VIII of the complaint are not directed to these defendants and therefore require no response. To the extent a response is required, same is denied.

9.

The allegation of paragraph IX of the complaint are not directed to these defendants and therefore require no response. To the extent a response is required, same is denied.

10.

The allegation of paragraph X of the complaint are not directed to these defendants and therefore require no response. To the extent a response is required, same is denied.

11.

The allegations of paragraph XI of the complaint are denied for lack of sufficient information to justify a belief therein.

12.

The allegation of paragraph XII of the complaint are not directed to these defendants and therefore require no response. To the extent a response is required, same is denied.

13.

The allegations of paragraph XIII of the complaint are denied for lack of sufficient information to justify a belief therein.

14.

The allegations of paragraph XIV of the complaint are denied.

15.

The allegations of paragraph XV of the complaint are denied.

16.

The allegations of paragraph XVI of the complaint are denied for lack of sufficient information to justify a belief therein.

17.

The allegations of paragraph XVII of the complaint are denied for lack of sufficient information to justify a belief therein.

18.

The allegations of paragraph XVIII of the complaint are denied for lack of sufficient information to justify a belief therein.

19.

The allegations of paragraph XIX of the complaint are denied.

20.

The allegations of paragraph XX of the complaint are denied.

21.

The allegations of paragraph XXI of the complaint are denied.

22.

The allegations of paragraph XXII of the complaint are denied.

23.

The allegations of paragraph XXIII of the complaint are denied for lack of sufficient information to justify a belief therein.

24.

The allegations of paragraph XXIV of the complaint are denied for lack of sufficient information to justify a belief therein.

25.

The allegations of paragraph XXV of the complaint are denied for lack of sufficient information to justify a belief therein.

26.

The allegations of paragraph XXVI of the complaint are denied for lack of sufficient information to justify a belief therein.

27.

The allegations of paragraph XXVII of the complaint are denied.

28.

The allegations of paragraph XXVIII of the complaint are denied.

29.

The allegations of paragraph XXIX of the complaint are denied.

30.

The allegations of paragraph XXX of the complaint are denied.

31.

The allegations of paragraph XXXI of the complaint are denied.

32.

The allegations of paragraph XXXII of the complaint are denied.

33.

The allegations of paragraph XXXIII of the complaint are denied.

34.

The allegations of paragraph XXXIV of the complaint are denied.

35.

The allegations of paragraph XXXV of the complaint are denied.

36.

The allegations of paragraph XXXVI of the complaint are denied.

37.

The allegations of paragraph XXXVII of the complaint are denied.

38.

The allegations of paragraph XXXVIII of the complaint are denied.

39.

The allegations of paragraph XXXIX of the complaint are denied.

40.

The allegations of paragraph XL of the complaint are denied.

41.

The allegations of paragraph XLI of the complaint are denied.

42.

The allegations of paragraph XLII of the complaint are denied.

43.

The allegations of paragraph XLIII of the complaint are denied.

44.

The allegations of paragraph XLIV of the complaint are denied.

45.

The allegations of paragraph XLV of the complaint are denied.

46.

The allegations of paragraph XLVI of the complaint are denied.

47.

The allegations of paragraph XLVII of the complaint are denied.

48.

The allegations of paragraph XLVIII of the complaint are denied.

49.

The allegations of paragraph XLIX of the complaint are denied.

50.

The allegations of paragraph L of the complaint are denied.

51.

The allegations of paragraph LI of the complaint are denied.

52.

The allegations of paragraph LII of the complaint are denied.

53.

The allegations of paragraph LIII of the complaint are denied.

54.

The allegations of paragraph LIV of the complaint are denied.

55.

The allegations of paragraph LV of the complaint are denied.

56.

The allegations of paragraph LVI of the complaint are denied.

57.

The allegations of paragraph LVII of the complaint are denied.

58.

The allegations of paragraph LVIII of the complaint are denied.

59.

The allegations of paragraph LIX of the complaint are denied.

60.

The allegations of paragraph LX of the complaint are denied.

61.

The allegations of paragraph LXI of the complaint are denied.

62.

The allegations of paragraph LXII of the complaint are denied.

63.

The allegations of paragraph LXIII of the complaint are denied.

64.

The allegations of paragraph LXIV of the complaint are denied.

65.

The allegations of paragraph LXV of the complaint are denied.

66.

The allegations of paragraph LXVI of the complaint are denied.

67.

The allegations of paragraph LXVII of the complaint are denied.

68.

The allegations of paragraph LXVIII of the complaint are denied.

69.

The allegations of paragraph LXIX of the complaint are denied.

70.

The allegations of paragraph LXX of the complaint are denied.

71.

The allegations of paragraph LXXI of the complaint are denied.

72.

The allegations of paragraph LXXII of the complaint are denied.

73.

The allegations of paragraph LXXIII of the complaint are denied.

74.

The allegations of paragraph LXXIV of the complaint are denied.

75.

The allegations of paragraph LXXV of the complaint are denied.

76.

The allegations of paragraph LXXVI of the complaint are denied.

77.

The allegations of paragraph LXXVII of the complaint are denied.

78.

The allegations of paragraph LXXVIII of the complaint are denied.

79.

The allegations of paragraph LXXIX of the complaint are denied.

80.

The allegation of paragraph LXXX of the complaint are not directed to these defendants and therefore require no response. To the extent a response is required, same is denied.

81.

The allegation of paragraph LXXXI of the complaint are not directed to these defendants and therefore require no response. To the extent a response is required, same is denied.

82.

The allegation of paragraph LXXXII of the complaint are not directed to these defendants and therefore require no response. To the extent a response is required, same is denied.

83.

The allegations of paragraph LXXXIII of the complaint are denied.

84.

The allegations of paragraph LXXXIV of the complaint are denied.

85.

Defendants re-allege and reassert their responses to paragraph X through LXXXV of the complaint.

86.

The allegations of paragraph LXXXVI of the complaint are denied.

87.

The allegations of paragraph LXXXVII of the complaint are denied.

88.

The allegations of paragraph LXXXVIII of the complaint are denied.

89.

The allegations of paragraph LXXXIX of the complaint are denied.

90.

The allegations of paragraph XC of the complaint are denied.

91.

Defendants re-allege and reassert their responses to paragraph X through XCI of the complaint.

92.

The allegations of paragraph XCII of the complaint are denied.

93.

The allegations of paragraph XCIII of the complaint are denied.

94.

The allegations of paragraph XCIV of the complaint are denied.

95.

The allegations of paragraph XCV of the complaint are denied.

96.

The allegations of paragraph XCVI of the complaint are denied.

97.

The allegations of paragraph XCVII of the complaint are denied.

98.

The allegations of paragraph XCVIII of the complaint are denied.

99.

The allegations of paragraph XCIX of the complaint are denied.

100.

The allegations of paragraph C of the complaint are denied.

101.

The allegations of paragraph CI of the complaint are denied on the grounds that the documents referred to are the best evidence of their terms and contents.

102.

The allegations of paragraph CII of the complaint are denied.

103.

Defendants re-allege and reassert their responses to paragraph CIII of the complaint.

104.

The allegations of paragraph CIV of the complaint are denied.

105.

The allegations of paragraph CV of the complaint are denied.

106.

The allegations of paragraph CVI of the complaint are denied.

107.

The allegation of paragraph CVII of the complaint are not directed to these defendants and therefore require no response. To the extent a response is required, same is denied.

108.

The allegations of paragraph CVIII of the complaint are denied.

109.

The allegations of paragraph CIX of the complaint are denied.

110.

The allegations of paragraph CX of the complaint are denied.

111.

The allegations of paragraph CXI of the complaint are denied.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Complaint fails to state a claim against the defendants upon which relief can be granted.

### SECOND DEFENSE

The Court is without jurisdiction in this matter, inasmuch as there is no diversity of citizenship between the parties hereto.

### THIRD DEFENSE

The Court is without jurisdiction in this matter, inasmuch as the amount of controversy exclusive of interests and costs does not exceed the sum and value of $75,000.00

### FOURTH DEFENSE

The Court is without jurisdiction as to all claims asserted by the complainant in this matter, inasmuch as the Complaint fails to state a proper claim of relief under the Constitution of the United States or any United States statute.

### FIFTH DEFENSE

Defendants herein plead that any action taken by them was done in good faith and with probable cause, without malice and under laws believed to be constitutional.

### SIXTH DEFENSE

That the deceased, Colby Crawford, by virtue of his own actions and conduct was guilty of negligence and/or contributory negligence and/or assumption of the risk, all of which will be more fully shown at the trial of this matter.

## SEVENTH DEFENSE

Defendants aver that at all times herein, their actions were reasonable, justified and legally permissible under the circumstances.

## EIGHTH DEFENSE

Defendants specifically plead that they are entitled to and protected by the qualified immunity afforded to public officials for acts committed during the course of their official duties.

## NINTH DEFENSE

Despite having adequate and reasonable opportunity to do so, complainant failed to mitigate her damages so that any recovery sought herein should be reduced or be precluded entirely.

## TENTH DEFENSE

In the alternative, defendants herein specifically plead the fault of third parties as a legal cause of any damages that complainant may have sustained as a result of the incident complained of in this lawsuit.

## ELEVENTH DEFENSE

As a political subdivision of the State of Louisiana, defendants are entitled to and hereby plead the statutory limitation of liability, costs and interest contained in LSA-R.S. 13:5106 and LSA-R.S. 13:5112, as well as any other statutory or jurisprudential limitation of liability, costs, and interest available to defendants under the law.

## TWELFTH DEFENSE

As a political entity defendants are entitled to and hereby plead the statutory limitation of liability as provided for in LSA-R.S. 9:2798.1.

WHEREFORE, defendants pray that this answer be deemed good and sufficient and after

due proceedings there be judgment herein dismissing complainant's Complaint with prejudice and at her costs.

Respectfully submitted,

**ORLEANS PARISH SHERIFF'S OFFICE**

___*/s/ Freeman R. Matthews*_____
BLAKE J. ARCURI (LSBN 32322)
LAURA C. RODRIGUE (LSBN 30428)
FREEMAN R. MATTHEWS (LSBN 9050)
Orleans Parish Sheriff's Office
2800 Perdido St.
New Orleans, LA 70119
Telephone: 504.493.2107; Fax: 504.202.9454
arcurib@opso.us; rodriguela@opso.us
*COUNSEL FOR DEFENDANT*
**-PUBLIC ENTITY/FEE EXEMPT-**
**(See La. R.S. 13:4521 & 13:5112)**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 5th day of September 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system.  I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by United States Mail, properly addressed and postage pre-paid.

____*/s/Freeman R. Matthews*_____